In re:                                                                  Case No. 18-05119-JJT
Humberto J. Gomez                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: REshelman          Page 1 of 2              Date Rcvd: Dec 20, 2018
                              Form ID: pdf010          Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2018.
```
db            +Humberto J. Gomez,    124 New Alexander St.,    Wilkes-Barre, PA 18702-2104
5138147        Berkheimer Tax Administrator,    P.O. Box 25144,    Lehigh Valley, PA 18002-5144
5138148        Caine & Weiner,    1699 E. Woodfield Rd. 360,    Schaumburg, IL 60173-4935
5138151        Capital Premium, Inc.,    P.O. Box 660899,    Dallas, TX 75266-0899
5138152       +City of Wilkes-Barre,    Recycling,    40 E. Market St.,    Wilkes-Barre, PA 18711-0454
5138153        City of Wilkes-Barre,    Sewer Maintenance Fee,    P.O. Box 1324,    Wilkes-Barre, PA 18703-1324
5138154        Commonwealth of Pennsylvania,    200 Hazle St.,    Wilkes-Barre, PA 18702-4828
5138157        ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
5138158        Financial Pacific Leasing, Inc.,    3455 S 344th Way 00,    Federal Way, WA 98001-9546
5138163       +Karol I. Ganoza,    124 New Alexander St.,    Wilkes-Barre, PA 18702-2104
5138164       +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5138165        Linebarger Goggan Blair & Sampson, LLP,    P.O. Box 90128,    Harrisburg, PA 17109-0128
5138166        Linebarger Goggan Blair & Sampson, LLP,    P.O. Box 9422,    New York, NY 10087-4422
5138167       +Luzerne County Domestic Relations,    113 North Street,    Wilkes-Barre, PA 18707-9645
5138170        NYC Department of Finance,    P.O. Box 3641,    New York, NY 10008-3641
5138171        NYC Dept. of Finance,    Church Street Station,    P.O. Box 3600,    New York, NY 10008-3600
5139775       +North Mill Credit Trust f/k/a EFS Credit Trust,    50 Washington Street,    10th Floor,
                Norwalk, CT 06854-2751
5139776       +North Mill Credit Trust f/k/a/ EFS Credit Trust,    50 WASHINGTON STREET,    10th Floor,
                10th Floor,    Norwalk, CT 06854-2751
5138173        OO1DA/Insurance,    P.O. Box 809978,    Kansas City, MO 64180-9978
5138175       +PA Turnpike Commission,    E-Z Pass Customer Srvc. Center,    7631 Derry St.,
                Harrisburg, PA 17111-5286
5138179        PPL Electric Utilities,    827 Hausman Rd.,    Allentown, PA 18104-9392
5138177        Pennsylvania Physician Services, LLC,    5665 New Northside Dr.,    Atlanta, GA 30328-5831
5138178        Pine Crest Marina,    839 PA-507,    Greentown, PA 18426
5138180        Professional Account Mgmt LLC,    Collection Services Division,    P.O. Box 1153,
                Milwaukee, WI 53201-1153
5138181       +Professional Account Svcs.,    P.O. Box 188,    Brentwood, TN 37024-0188
5138183        RMCB Retrieval-Masaters Creditors,    P.O. Box 55126,    Boston, MA 02205-5126
5138182       +Radiology Assoc.of Wyoming Valley,    PO Box 197,    State College, PA 16804-0197
5138184       +State Farm Bank,    Attn: Bankruptcy,    P.O. Box 3001,    Malvern, PA 19355-0701
5138185        Stuart Lippman & Associates,    5547 E. Blue Denim Drive,    Tucson, AZ 85711
5138192       +USA Fleet Credit,    5445 Triangle Parkway,    Suite 400,    Norcross, GA 30092-2575
5138190       +Universal Card/ Citi,    Box 6500,    Sioux Falls, SD 57117-6500
5138191        Universal Platinum,    P.O. Box 70995,    Charlotte, NC 28272-0995
5138193       +Wyoming Valley Sanitary Authority,    P.O. Box 33A,    1000 Wilkes-Barre St.,
                Wilkes-Barre, PA 18711-1002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5138146       +E-mail/Text: g20956@att.com Dec 20 2018 19:08:15     AT & T Mobility II, LLC,
                c/o AT&T Services, Inc.,    Karen A. Cavagnaro - Lead Paralegal,    One AT&T Way, Rm.3A104,
                Bedminster, NJ 07921-2693
5138149       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 20 2018 19:11:45      Capital One,
                PO Box 30285,    Salt Lake City, UT 84130-0285
5138150        E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Dec 20 2018 19:11:30
                Capital One Auto Finance,    P.O. Box 260848,    Plano, TX 75026-0848
5138155       +E-mail/Text: bankruptcy@kornerstonecredit.com Dec 20 2018 19:08:14     Crest Financial,
                61 W 13490 S,    Draper, UT 84020-7209
5138156        E-mail/Text: portfoliomanagement@dakotafin.com Dec 20 2018 19:07:42      Dakota Financial, LLC,
                11755 Wilshire Blvd.,    Los Angeles, CA 90025-1526
5138159       +E-mail/Text: jennifer.macedo@gatewayonelending.com Dec 20 2018 19:07:42
                Gateway One Lending & Finance,    TCF Bank,    160 N. Riverview Dr., Suite 100,
                Anaheim, CA 92808-2293
5138161        E-mail/Text: HWIBankruptcy@hunterwarfield.com Dec 20 2018 19:08:07     Hunter Warfield,
                4620 Woodland Corporate Blvd.,    Tampa, FL 33614-2415
5138162        E-mail/Text: cio.bncmail@irs.gov Dec 20 2018 19:07:43     Internal Revenue Service,
                Special Procedures Branch,    PO Box 7346,    Philadelphia, PA 19101-7346
5138168        E-mail/Text: camanagement@mtb.com Dec 20 2018 19:07:51     M&T Bank,    1100 Wehrle Drive,
                Williamsville, NY 14221
5138169       +E-mail/Text: emiller@northmillef.com Dec 20 2018 19:07:51     North Mill Equipment Finance,
                50 Washington St., Fl. 10,    Norwalk, CT 06854-2751
5138172        E-mail/Text: bankruptcy@ondeck.com Dec 20 2018 19:08:21     On Deck,
                901 N. Stuart Sr. Ste 700,    Arlington, VA 22203-4129
5138174        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 20 2018 19:07:59     PA Dept. of Revenue,
                Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0496
5138176       +E-mail/Text: csc.bankruptcy@amwater.com Dec 20 2018 19:08:21     Pennsylvania American Water,
                P.O. Box 578,    Alton, IL 62002-0578
5138186       +E-mail/Text: carine@tbfgroup.com Dec 20 2018 19:07:49     TBF Financial, LLC,
                740 Waukegan Road, Suite 404,    Deerfield, IL 60015-5505
5138188       +E-mail/Text: bankruptcydepartment@tsico.com Dec 20 2018 19:08:19     Transworld Systems, Inc.,
                500 Virginia Dr., Suite 514,    Ft.Washington, PA 19034-2707
5138187       +E-mail/Text: bankruptcydepartment@tsico.com Dec 20 2018 19:08:19     Transworld Systems, Inc.,
                507 Prudential Rd.,    Horsham, PA 19044-2308
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
5138189　　　　E-mail/Text: bkrcy@ugi.com Dec 20 2018 19:08:18　　　UGI Utilities,　225 Morgantown Road,　Attn: Mgr. of Collections,　Reading, PA 19611
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 17

　　　　***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5138160*　　+Humberto J. Gomez,　124 New Alexander St.,　Wilkes-Barre, PA 18702-2104
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018　　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2018 at the address(es) listed below:
　　　　Charles J DeHart, III (Trustee)　　dehartstaff@pamd13trustee.com,　TWecf@pamd13trustee.com
　　　　Deirdre Marie Richards　　on behalf of Creditor　　Dakota Financial, LLC　　drichards@finemanlawfirm.com,　fmacklin@finemanlawfirm.com
　　　　James Warmbrodt　　on behalf of Creditor　　M&T BANK bkgroup@kmllawgroup.com
　　　　Tullio DeLuca　　on behalf of Debtor 1 Humberto J. Gomez tullio.deluca@verizon.net
　　　　United States Trustee　　ustpregion03.ha.ecf@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*********************************************************************************

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-18-05119 |
| HUMBERTO J. GOMEZ | : | |
| Debtor | : | CHAPTER 13 |

*********************************************************************************

HUMBERTO J. GOMEZ        :
        Movant,   :
  vs.        :
CITY OF WILKES-BARRE RECYCLING,   :
CITY OF WILKES BARRE SEWER,   :
DAKOTA FINANCIAL, LLC, M&T BANK,   :
NORTHMILL EQUIPMENT and   :
CHARLES J DEHART, III, ESQ.   :
       Respondents.   :

*********************************************************************************
ORDER
*********************************************************************************

Upon consideration of Debtor's Motion to Extend the Automatic Stay, it is hereby:

**ORDERED**, that the Debtor's Motion to Extend the Automatic Stay is hereby **GRANTED**; and it is further

**ORDERED**, that the automatic stay imposed under 11 U.S.C. Section 362(a) shall extend beyond the thirty days after the filing of said Petition against all creditors with respect to property of the estate, and the Debtor(s) and Debtor(s) property; and it is further

**ORDERED**, that the Debtor(s) request for an Order confirming that the automatic stay continues against property of the estate is granted.

Dated: December 20, 2018       By the Court,

                                                                 _____
                                                                 John J. Thomas, Bankruptcy Judge PR