```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                           Case No. 18-05119-RNO
Humberto J. Gomez                                                Chapter 13
       Debtor                   **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: REshelman           Page 1 of 1            Date Rcvd: Jul 11, 2019
                            Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2019.
              +Karol I. Ganoza,    124 New Alexander Street,    Wilkes-Barre, PA 18702-2104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                              Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Christos A Katsaounis    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
              Deirdre Marie Richards    on behalf of Creditor    Dakota Financial, LLC
               drichards@finemanlawfirm.com, fmacklin@finemanlawfirm.com
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              James Randolph Wood    on behalf of Creditor    Luzerne County Flood Protection Authority
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              Tullio DeLuca    on behalf of Debtor 1 Humberto J. Gomez tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Humberto J. Gomez aka Humberto Javier Gomez Aracena <br> <u>Debtor</u> | CHAPTER 13 |
| M&T Bank <br> <u>Movant</u> <br> vs. | NO. 18-05119 RNO |
| Humberto J. Gomez aka Humberto Javier Gomez Aracena <br> <u>Debtor</u> | 11 U.S.C. Section 362 |
| Karol I. Ganoza <br> Charles J. DeHart, III Esq. <br> <u>Additional Respondents</u> | |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: July 9, 2019  By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (DG)