**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    HUMBERTO J. GOMEZ
           AKA: HUMBERTO JAVIER GOMEZ
           ARACENA                 CHAPTER 13

        Debtor(s)

        CHARLES J. DEHART, III
        CHAPTER 13 TRUSTEE
         Movant

                              CASE NO:  5-18-05119-RNO

        HUMBERTO J. GOMEZ
        AKA: HUMBERTO JAVIER GOMEZ
        ARACENA

        Respondent(s)

**CERTIFICATION OF DEFAULT**

      AND NOW on November 18, 2019, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

      As of November 18, 2019, the Debtor(s) is/are $5155.45 in arrears with a plan payment having last been made on May 01, 2019

      In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

                        Respectfully Submitted,
                        /s/  Liz Joyce
                        for Charles J. DeHart, III, Trustee
                        8125 Adams Drive, Suite A
                        Hummelstown, PA  17036
                        Phone:  (717) 566-6097

Dated: November 18, 2019

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    HUMBERTO J. GOMEZ
          AKA: HUMBERTO JAVIER GOMEZ
          ARACENA                CHAPTER 13

          Debtor(s)

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
           Movant                 CASE NO:  5-18-05119-RNO

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 18, 2019, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

TULLIO DeLUCA, ESQUIRE          SERVED ELECTRONICALLY
381 N 9TH AVENUE
SCRANTON, PA  18504-

HUMBERTO J. GOMEZ
124 NEW ALEXANDER ST.
WILKES-BARRE, PA  18702          SERVED BY 1ST CLASS MAIL

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA  17101          SERVED ELECTRONICALLY

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  November 18, 2019          Respectfully submitted,
                                        Liz Joyce
                                        for Charles J. DeHart, III, Trustee
                                        Suite A, 8125 Adams Dr.
                                        Hummelstown, PA  17036
                                        Phone:  (717) 566-6097
                                        eMail: dehartstaff@pamd13trustee.com