```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 18-05119-RNO
Humberto J. Gomez                                                   Chapter 13
         Debtor              CERTIFICATE OF NOTICE
District/off: 0314-5          User: RyanEshel              Page 1 of 2            Date Rcvd: Nov 20, 2019
                              Form ID: pdf010              Total Noticed: 59
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2019.
```
db             +Humberto J. Gomez,    124 New Alexander St.,    Wilkes-Barre, PA 18702-2104
5138147         Berkheimer Tax Administrator,    P.O. Box 25144,    Lehigh Valley, PA 18002-5144
5163467        +Berkheimer, Agent for Wilkes-Barre City/ASD,    50 North Seventh Street,    Bangor, PA 18013-1731
5138148         Caine & Weiner,    1699 E. Woodfield Rd. 360,    Schaumburg, IL 60173-4935
5138151         Capital Premium, Inc.,    P.O. Box 660899,    Dallas, TX 75266-0899
5138152        +City of Wilkes-Barre,    Recycling,    40 E. Market St.,    Wilkes-Barre, PA 18711-0454
5138153         City of Wilkes-Barre,    Sewer Maintenance Fee,    P.O. Box 1324,    Wilkes-Barre, PA 18703-1324
5138154         Commonwealth of Pennsylvania,    200 Hazle St.,    Wilkes-Barre, PA 18702-4828
5153597        +Deirdre M Richards, Esq,    Fineman Krekstein & Harris PC,    1801 Market Street, Suite 1100,
                 Philadelphia, PA 19103-1605
5138157         ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
5138158         Financial Pacific Leasing, Inc.,    3455 S 344th Way 00,    Federal Way, WA 98001-9546
5138163        +Karol I. Ganoza,    124 New Alexander St.,    Wilkes-Barre, PA 18702-2104
5138164        +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5138165         Linebarger Goggan Blair & Sampson, LLP,    P.O. Box 90128,    Harrisburg, PA 17109-0128
5138167        +Luzerne County Domestic Relations,    113 North Street,    Wilkes-Barre, PA 18707-9645
5187752        +Luzerne County Flood Protection Authority,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
5138170         NYC Department of Finance,    P.O. Box 3641,    New York, NY 10008-3641
5138171         NYC Dept. of Finance,    Church Street Station,    P.O. Box 3600,    New York, NY 10008-3600
5251202        +NYC HRA Office of Child Support Services,    150 Greenwich Street, 40th Fl,
                 New York, NY 10007-5211
5139775        +North Mill Credit Trust f/k/a EFS Credit Trust,    50 Washington Street,    10th Floor,
                 Norwalk, CT 06854-2751
5139776        +North Mill Credit Trust f/k/a/ EFS Credit Trust,    50 WASHINGTON STREET,    10th Floor,
                 10th Floor,    Norwalk, CT 06854-2751
5138173         OO1DA/Insurance,    P.O. Box 809978,    Kansas City, MO 64180-9978
5138175        +PA Turnpike Commission,    E-Z Pass Customer Srvc. Center,    7631 Derry St.,
                 Harrisburg, PA 17111-5286
5138179         PPL Electric Utilities,    827 Hausman Rd.,    Allentown, PA 18104-9392
5138177         Pennsylvania Physician Services, LLC,    5665 New Northside Dr.,    Atlanta, GA 30328-5831
5138178         Pine Crest Marina,    839 PA-507,    Greentown, PA 18426
5138180         Professional Account Mgmt LLC,    Collection Services Division,    P.O. Box 1153,
                 Milwaukee, WI 53201-1153
5138181        +Professional Account Svcs.,    P.O. Box 188,    Brentwood, TN 37024-0188
5138183         RMCB Retrieval-Masaters Creditors,    P.O. Box 55126,    Boston, MA 02205-5126
5138182        +Radiology Assoc.of Wyoming Valley,    PO Box 197,    State College, PA 16804-0197
5138184        +State Farm Bank,    Attn: Bankruptcy,    P.O. Box 3001,    Malvern, PA 19355-0701
5138185         Stuart Lippman & Associates,    5547 E. Blue Denim Drive,    Tucson, AZ 85711
5138192        +USA Fleet Credit,    5445 Triangle Parkway,    Suite 400,    Norcross, GA 30092-2575
5138190        +Universal Card/ Citi,    Box 6500,    Sioux Falls, SD 57117-6500
5138191         Universal Platinum,    P.O. Box 70995,    Charlotte, NC 28272-0995
5138193        +Wyoming Valley Sanitary Authority,    P.O. Box 33A,    1000 Wilkes-Barre St.,
                 Wilkes-Barre, PA 18711-1002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5138146        +E-mail/Text: g20956@att.com Nov 20 2019 19:37:49     AT & T Mobility II, LLC,
                 c/o AT&T Services, Inc.,    Karen A. Cavagnaro - Lead Paralegal,    One AT&T Way, Rm.3A104,
                 Bedminster, NJ 07921-2693
5138149        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 20 2019 19:39:58      Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
5138150         E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Nov 20 2019 19:40:01
                 Capital One Auto Finance,    P.O. Box 260848,    Plano, TX 75026-0848
5145640         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 20 2019 19:40:57
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
5138155        +E-mail/Text: bankruptcy@kornerstonecredit.com Nov 20 2019 19:37:46      Crest Financial,
                 61 W 13490 S,    Draper, UT 84020-7209
5138156         E-mail/Text: portfoliomanagement@dakotafin.com Nov 20 2019 19:37:04      Dakota Financial, LLC,
                 11755 Wilshire Blvd.,    Los Angeles, CA 90025-1526
5138159         E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Nov 20 2019 19:36:57
                 Gateway One Lending & Finance,    TCF Bank,    160 N. Riverview Dr., Suite 100,
                 Anaheim, CA 92808
5146491         E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Nov 20 2019 19:36:57
                 Gateway One Lending & Finance, LLC,    175 N Riverview Drive,    Anaheim, CA 92808
5138161         E-mail/Text: HWIBankruptcy@hunterwarfield.com Nov 20 2019 19:37:31      Hunter Warfield,
                 4620 Woodland Corporate Blvd.,    Tampa, FL 33614-2415
5138162         E-mail/Text: cio.bncmail@irs.gov Nov 20 2019 19:37:08     Internal Revenue Service,
                 Special Procedures Branch,    PO Box 7346,    Philadelphia, PA  19101-7346
5160450         E-mail/Text: camanagement@mtb.com Nov 20 2019 19:37:12     M & T Bank,    P.O. Box 840,
                 Buffalo, NJ 14240-840
5138168         E-mail/Text: camanagement@mtb.com Nov 20 2019 19:37:12     M&T Bank,    1100 Wehrle Drive,
                 Williamsville, NY 14221
5138169        +E-mail/Text: emiller@northmillef.com Nov 20 2019 19:37:12     North Mill Equipment Finance,
                 50 Washington St., Fl. 10,    Norwalk, CT 06854-2751
```

```
District/off: 0314-5           User: RyanEshel          Page 2 of 2                    Date Rcvd: Nov 20, 2019
                               Form ID: pdf010          Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
5138172        E-mail/Text: bankruptcy@ondeck.com Nov 20 2019 19:37:57     On Deck,
                 901 N. Stuart Sr. Ste 700,    Arlington, VA 22203-4129
5161034       +E-mail/Text: bankruptcy@ondeck.com Nov 20 2019 19:37:58     On Deck Capital, Inc.,
                 101 West Colfax Ave., 10th Floor,    Denver, CO 80202-5167
5138174        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 20 2019 19:37:22      PA Dept. of Revenue,
                 Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0496
5138176       +E-mail/Text: csc.bankruptcy@amwater.com Nov 20 2019 19:37:58     Pennsylvania American Water,
                 P.O. Box 578,    Alton, IL 62002-0578
5160376        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 20 2019 19:37:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
5138186       +E-mail/Text: carine@tbfgroup.com Nov 20 2019 19:37:10      TBF Financial, LLC,
                 740 Waukegan Road, Suite 404,    Deerfield, IL 60015-5505
5138188       +E-mail/Text: bankruptcydepartment@tsico.com Nov 20 2019 19:37:55      Transworld Systems, Inc.,
                 500 Virginia Dr., Suite 514,    Ft.Washington, PA 19034-2733
5138187       +E-mail/Text: bankruptcydepartment@tsico.com Nov 20 2019 19:37:55      Transworld Systems, Inc.,
                 507 Prudential Rd.,    Horsham, PA 19044-2308
5138189        E-mail/Text: bkrcy@ugi.com Nov 20 2019 19:37:53     UGI Utilities,   225 Morgantown Road,
                 Attn: Mgr. of Collections,    Reading, PA 19611
5151613        E-mail/Text: bkrcy@ugi.com Nov 20 2019 19:37:53     UGI Utilities, Inc.,    P.O. Box 13009,
                 Reading, PA 19612
                                                                                                TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Luzerne County Flood Protection Authority,    c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
                Norristown, PA 19404-3020
5138160*     +Humberto J. Gomez,    124 New Alexander St.,    Wilkes-Barre, PA 18702-2104
5138166*      Linebarger Goggan Blair & Sampson, LLP,    P.O. Box 90128,    Harrisburg, PA 17109-0128
                                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2019 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Christos A Katsaounis     on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
              Deirdre Marie Richards     on behalf of Creditor    Dakota Financial, LLC
               drichards@finemanlawfirm.com, fmacklin@finemanlawfirm.com
              James Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              James Randolph Wood     on behalf of Creditor    Luzerne County Flood Protection Authority
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              Tullio DeLuca     on behalf of Debtor 1 Humberto J. Gomez tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 7
```

IN RE:

| | |
|---|---|
| **HUMBERTO J. GOMEZ :** <br> **HUMBERTO JAVIER GOMEZ** <br> **ARACENA** <br> Debtor 1 | **Chapter:** 13 <br> **Case No.:** 5:18-bk-05119-RNO |
| **CHARLES J. DEHART, III :** <br> **CHAPTER 13 TRUSTEE** <br> vs. Movant(s) <br><br> **HUMBERTO J. GOMEZ :** <br> **HUMBERTO JAVIER GOMEZ** <br> **ARACENA** <br> Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: November 20, 2019

By the Court,

_Robert N. Opel II_
Robert N. Opel, II, Chief Bankruptcy Judge (DG)

Order Dismissing Case with Parties - Revised 9/17